UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAFAEL JIMENEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. CV 22-06524-MWF(PVC)<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of  FIVE -THOUSAND SEVEN-HUNDRED FORTY-EIGHT DOLLARS and FORTY-ONE CENTS ($5,748.41), and Court costs in the amount of FOUR-HUNDRED TWO DOLLARS and NO CENTS ($402.00), subject to the terms of the Stipulation.

Dated: November 27, 2023

                                                    _____
                                                  HON. PEDRO V. CASTILLO
                                                  UNITED STATES MAGISTRATE JUDGE